**DOUGLAS R. BROWN, ESQ.**
Nevada Bar No. 7670
**LEMONS, GRUNDY & EISENBERG**
6005 Plumas Street, Third Floor
Reno, Nevada 89519
Telephone: (775) 786-6868
Email: drb@lge.net
*Counsel for Defendant*
*7-Eleven, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SYED ASGHAR SHAHEEN, 7-ELEVEN FRANCHISEE #34682A DBA SASHA 786 CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>7-ELEVEN, INC.,<br><br>Defendant. | Case No: 2:24-cv-00101<br><br>**PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**Special Scheduling Review Requested** |

In accordance with the Court's Order dated March 31, 2024 (ECF No. 13), the parties submit the following Discovery Plan and Scheduling Order in compliance with Fed. R. Civ. P. 26(f) and LR 26-1(b):

1. **Case Background**. Plaintiff Syed Shaheen Asghar ("**Mr. Asghar**") sued 7-Eleven, Inc. ("**7-Eleven**") in state court (Clark County, Nevada) on December 13, 2023. 7-Eleven removed this action to federal court on January 12, 2024. (ECF No. 1). Following removal, on January 19, 2024, the parties jointly requested to stay this action pending mediation. (ECF No. 5). The parties participated in mediation on March 15, 2024, which ended in an impasse. (ECF No. 11). On March 22, 2024, Mr. Asghar and his company, Sasha 786 Corporation ("**Sasha 786**"), filed the First Amended Complaint. (ECF No. 12). 7-Eleven moved to dismiss the First Amended Complaint on April 5, 2024. (ECF No. 14).

2. **Initial Disclosures**. The parties do not anticipate any changes in the timing, form, or requirement for disclosures under Rule 26(a). The parties will exchange Rule 26(a) disclosures by April 26, 2024.

3. **Discovery Topics**. Defendant 7-Eleven, Inc. ("**7-Eleven**") anticipates conducting discovery on issues related to the claims and allegations asserted by Plaintiffs in the First Amended Complaint. Plaintiffs anticipate conducting discovery on issues related to any defenses, allegations, and counterclaims asserted by 7-Eleven.

4. **Discovery Cut-Off Date**. 7-Eleven filed a Motion to Dismiss on April 5, 2024. The parties require 180-days to complete discovery, measured from the date of 7-Eleven's motion. Accordingly, the discovery cut-off date is October 2, 2024. (The parties request special scheduling review to measure discovery from the date of 7-Eleven's motion to dismiss rather than the date of 7-Eleven's first appearance, given the intervening stay of proceedings to allow the parties to participate in mediation.)

5. **Amending the Pleadings and Adding Parties**. The deadline to amend the pleadings and add parties is July 3, 2024.

6. **Expert and Rebuttal-Expert Disclosures**. The deadline to disclose experts is August 5, 2024. The deadline to disclose rebuttal experts is September 2, 2024.

7. **Dispositive Motions**. The deadline to file dispositive motions is November 1, 2024.

8. **Pretrial Order**. The deadline to file a pretrial order is December 2, 2024. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until thirty (30) days after the decision on the dispositive motion(s) or further court order.

9. **Fed. R. Civ. P. 26(a)(3)**. The disclosures required by this rule and any objections to them must be included in the joint pretrial order.

10. **Alternative Dispute Resolution**. The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and, if applicable, early neutral evaluation. The parties participated in mediation in March 2024 and did not resolve their dispute. At this time, the parties do not believe further ADR efforts would be fruitful.

11. **Alternative Forms of Case Disposition**. The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). At this time, the parties do not consent to

LEMONS, GRUNDY
& EISENBERG

2

alternative forms of case disposition.

12. **Miscellaneous Issues**. The parties will make every effort to produce electronically stored information ("ESI") in a reasonably usable format. Pursuant to Rule 26(b)(5)(B), the parties agree to promptly return, sequester, or destroy inadvertently produced privileged material and to take reasonable steps to retrieve any information already distributed upon notice by any party. The parties agree to make a good faith effort to attempt to resolve any issues regarding such requests, including scope, search terms, time periods, and/or accessibility with the requesting party prior to seeking the Court's assistance.

13. **Electronic Evidence**. The parties certify that they discussed whether to present evidence in electronic format to jurors for the purpose of jury deliberations. At this time, the parties have not reached any stipulations about providing discovery in electronic format compatible with the court's electronic jury evidence display system.

**IT IS SO STIPULATED.**

| LAW OFFICE OF MALIK W. AHMAD | LEMONS, GRUNDY & EISENBERG |
|---|---|
| By:  */s/ Malik W. Ahmad*<br>       Malik W. Ahmad, Esq.<br>       *Attorney for Plaintiff*<br>       *Syed Asghar Shaheen* | By:  */s/ Douglas R. Brown*<br>       Douglas R. Brown, Esq.<br>       *Attorneys for Defendant*<br>       *7-Eleven, Inc.* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  4/16/2024

# CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court through the U.S. District Court ECF System, which caused notice of such filing to be sent electronically to the registered attorneys of record.

Malik W. Ahmad, Esq.
Law Office of Malik W. Ahmad
8465 West Sahara Ave., Suite 111
Las Vegas, Nevada 89117
(702) 270-9100
malik@lasvegaslawgroup.com

                                                /s/ *Rosie Marquez*
                                                Rosie Marquez

LEMONS, GRUNDY
& EISENBERG