UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SASHA 786 CORPORATION , <br><br> Plaintiff, <br><br> v. <br><br> 7-ELEVAN, INC., <br><br> Defendants. | Case No. 2:24-cv-00101-RFB-BNW <br><br> **ORDER** |

On January 19, 2024, the parties submitted a Stipulation to Stay Suit Pending Mediation. The motion indicates that mediation indicates that mediation concluded in March 2024. Accordingly, the Stipulation to Stay is **DISMISSED AS MOOT**.

**DATED:** May 06, 2024

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**