BRIAN K. TERRY, ESQ.
Nevada Bar No. 3171
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
E-Mail: bkt@thorndal.com
Attorneys for Defendant
7-Eleven, Inc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SASHA 786 CORPORATION,

                    Plaintiff,

vs.

7-ELEVEN, INC.,

                    Defendant.

CASE NO.  2:24-cv-00101-RFB-BNW

**STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL**

Pursuant to LR IA 11-6(b), the parties, by and through their respective counsel of record, hereby stipulate and agree to the substitution of Brian K. Terry, Esq. of Thorndal Armstrong, PC, 600 S. Las Vegas Blvd., Ste. 400, Las Vegas, Nevada 89101, as local counsel, in place and stead of Douglas R. Brown, Esq., of Lemons, Grundy & Eisenberg as local counsel for Defendant 7-Eleven, Inc.

Dated this 13th day of January, 2026

/s/ Christian C. Burden
Counsel for Defendant 7-Eleven, Inc.

Christian C. Burden (*Admitted Pro Hac Vice*)
QUARLES & BRADY LLP
101 E. Kennedy Blvd., Ste. 3400
Tampa, Florida 33602
Phone: (813) 387-1300
Email:  chris.burden@quarles.com

-1-

*Stipulation and Order for Substitution of Counsel*
*2:24-cv-00101-RFB-BNW*

Dated this 13th day of January, 2026

LAW OFFICE OF MALIK W. AHMAD

*/s/ Malik W. Ahmad*
_____
Malik W. Ahmad, Esq.
Nevada Bar No. 10305
8465 W. Sahara Ave., Ste., 111
Las Vegas, Nevada 89117

*Attorneys for Plaintiff*
*Sasha 786 Corporation*

Dated this 13 day of January, 2026

LEMONS, GRUNDY & EISENBERG

_____
Douglas R. Brown, Esq.
Nevada Bar No. 7670
6005 Plumas St., Third Floor
Reno, Nevada 89519

Dated this 15th day of January, 2026

THORNDAL ARMSTRONG, PC

_____
Brian K. Terry, Esq.
Nevada Bar No. 3171
600 S. Las Vegas Blvd., Ste. 400
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*7-Eleven, Inc.*

## ORDER

IT IS SO ORDERED.

Dated this 22nd day of ___January___, 2026

_____
United States Magistrate Judge

-2-